```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 26747
   FREDERICK LEE HOLMES
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4446


-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 07/19/2004 and was confirmed 09/13/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 10/22/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
BANK ONE                   SECURED           16550.00      1829.07      16550.00
BANK ONE                   UNSECURED          2310.98           .00       231.10
AMERICASH LOANS LLC        UNSECURED          1479.73           .00       147.97
DEVON FINANCIAL SERVICE    UNSECURED         NOT FILED          .00           .00
RIO RESOURCES XTRA CASH    UNSECURED         NOT FILED          .00           .00
AMERICREDIT FINANCIAL SE   NOTICE ONLY       NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED          1568.95           .00       156.90
ECAST SETTLEMENT CORP      UNSECURED              .00           .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY       2,200.00                   2,200.00
TOM VAUGHN                 TRUSTEE                                      1,279.29
DEBTOR REFUND              REFUND                                         862.77

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              23,257.10

PRIORITY                                          .00
SECURED                                     16,550.00
    INTEREST                                 1,829.07
UNSECURED                                      535.97
ADMINISTRATIVE                               2,200.00
TRUSTEE COMPENSATION                         1,279.29
DEBTOR REFUND                                  862.77
                    -------------          -------------
TOTALS               23,257.10              23,257.10




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 26747 FREDERICK LEE HOLMES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/28/08
                                /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE